UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLARD L. MIRANKER,

          Plaintiff,

v.

FBD CONSULTING INC. and the
IBM PLAN ADMINISTRATOR,

          Defendants.

---

07 Civ. 4031 (CLB) (MDF)

**STIPULATION OF DISMISSAL** & order

(Fed. R. Civ. P. 41(a))

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is hereby withdrawn and voluntarily dismissed with prejudice, without costs as against any party. This stipulation may be filed by any party without further notice.

Dated: April 8, 2008

PLAINTIFF WILLARD MIRANKER

_____
By: Willard Miranker
245 Bradley Street
New Haven, Connecticut 06510
(203) 432-7226

Plaintiff, appearing *pro se*

Dated: April 11, 2008

PAUL, HASTINGS, JANOFSKY
& WALKER LLP

_____
By: Emily J. Ratté
75 East 55th Street
New York, New York 10022
(212) 318-6000

Attorneys for Defendants
IBM PLAN ADMINISTRATOR and
FBD CONSULTING, INC.

SO ORDERED:

_____
CHARLES L. BRIEANT
U.S.D.J.

EGAL_US_E # 78945829.1